IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TREY A. MONSOUR, § | |
| § | |
| Plaintiff, § | |
| § | CASE NO. 4:21-cv-01046 |
| v. § | |
| § | |
| POLSINELLI PC, § | |
| § | |
| § | |
| Defendant. § | |
| § | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

WHEREAS the parties have agreed to pursue the dispute resolution requirements of Plaintiff's Employment Agreement,

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned action against Polsinelli PC is dismissed without prejudice pursuant to FRCP 41(a)(1)(A)(ii); and

IT IS FURTHER HEREBY STIPULATED AND AGREED that Defendant's Rule 12(b)(3) Motion to Dismiss, Motion to Compel Arbitration, and Motion for Attorneys' Fees is moot.

Dated: May 18, 2021

SO STIPULATED:

| | |
|---|---|
| GORDON REES SCULLY MANUSKHANI LLP | BREWER, ATTORNEYS & COUNSELORS |

1

| | |
|---|---|
| By: */s/ Laura E. De Santos* <br> Laura E. De Santos <br><br> 1900 West Loop South <br> Suite 1000 <br> Houston, TX 77027 <br> Tel: (713) 961-3366 <br> Fax: (713) 961-3938 <br><br> *Counsel for Defendant Polsinelli PC* | By: */s/ William A. Brewer III* <br> William A. Brewer III <br><br> 1717 Main Street <br> Suite 5900 <br> Dallas, TX 75201 <br> Tel: (214) 653-4875 <br> Fax: (214) 653-1015 <br><br> *Counsel for Plaintiff Trey Monsour* |