UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TREY A. MONSOUR, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-21-1046 |
| | § | |
| POLSINELLI PC, | § | |
| | § | |
| *Defendant*. | § | |

## AMENDED CONDITIONAL ORDER OF DISMISSAL

Having been advised that the parties have agreed to pursue the dispute resolution requirements of Plaintiff's Employment Agreement, the court DISMISSES this case without prejudice to reinstatement of the plaintiff's claims if any party represents to the court within ninety days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on May 21, 2021.

_____
Gray H. Miller
Senior United States District Judge